Writ of Injunction Denied, Opinion issued December 10, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01395-CV

## IN RE HANK'S RESTAURANT GROUP, L.P., Relator

Original Proceeding from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-03124-2012

## MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice Myers

Relator seeks a writ of injunction incorporating the terms of the trial court's temporary restraining order during an interlocutory appeal. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of injunction and **LIFT** the stay imposed by this Court's October 15, 2012 order.

LANA MYERS
JUSTICE

121395F.P05